PEOPLE v. EISENSTOCK. (Supreme Court, Appellate Division, First Department. November 12, 1909.) Proceeding by the People of the State of New York against Charles Eisenstock. No opinion. Motion granted. Order filed.

PEOPLE, Respondent, v. FAHEY, Appellant. (Supreme Court, Appellate Division, Third Department. November 10, 1909.) Proceeding by the People of the State of New York against John Fahey. No opinion. Judgment of conviction affirmed.

PEOPLE v. GIANNONE. SAME v. LEVINE. (Supreme Court, Appellate Division, First Department. November 5, 1909). Separate proceedings by the People of the State of New York against Pietro Giannone and against Jacob Levine. No opinions. Motions to dismiss appeal granted, unless appellants be ready for January term. Orders filed.

PEOPLE, Respondent, v. HUFF, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 24, 1909.) Proceeding by the People of the State of New York against Ray Huff. No opinion. Judgment affirmed, with costs.

PEOPLE, Appellant, v. JAMES BUTLER, Inc., Respondent. (Supreme Court, Appellate Division, Second Department. November 24, 1909.) Proceeding by the People of the State of New York against James Butler, Incorporated. No opinion. Motion for leave to appeal to the Court of Appeals granted, without costs. See, also, 118 N. Y. Supp. 849.

PEOPLE, Respondent, v. LONG ISLAND R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 3, 1909.) Proceeding by the People of the State of New York against the Long Island Railroad Company. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE, Respondent, v. O'BRIEN, Appellant. (Supreme Court, Appellate Division, First Department. December 3, 1909.) Proceeding by the People of the State of New York against John O'Brien. A. W. Bohan, for appellant. R. C. Taylor, for the People. No opinion. Judgment and orders affirmed. Order filed.

PEOPLE v. PERSCE. (Supreme Court, Appellate Division, First Department. November 12, 1909.) Proceeding by the People of the State of New York against Guiseppe Persce. No opinion. Motion denied, on condition that appellant be ready for December term. Order filed.

PEOPLE, Appellant, v. REYNOLDS, Respondent. (Supreme Court, Appellate Division, Third Department. December 3, 1909.) Proceeding by the People of the State of New York against George B. Reynolds. PER CURIAM. Judgment and order affirmed, with costs.

SMITH, P. J., and KELLOGG, J., dissent.

PEOPLE, Respondent, v. RYAN, Appellant. (Supreme Court, Appellate Division, Second Department. November 19, 1909.) Proceeding by the People of the State of New York against John J. Ryan. No opinion. Judgment of conviction of the County Court of Orange county affirmed.

PEOPLE, Respondent, v. WALTMAN, Appellant, et al. (Supreme Court, Appellate Division, First Department. December 3, 1909.) Proceeding by the People of the State of New York against William F. Waltman, impleaded with others. C. L. Jordan, for appellant. R. S. Johnstone, for the People. No opinion. Judgment and orders affirmed. Order filed.

PEOPLE, Respondent, v. WEINBERG, Appellant. (Supreme Court, Appellate Division, Third Department. November 10, 1909.) Proceeding by the People of the State of New York against Max Weinberg. No opinion. Interlocutory judgment affirmed, with costs, with usual leave to the defendant to amend the answer upon payment of the costs at the Trial Term and in this court.

PEOPLE, Respondent, v. WEISS, Appellant. (Supreme Court, Appellate Division, Second Department. December 3, 1909.) Proceeding by the People of the State of New York against Julius Weiss. No opinion. Motion denied, without costs. See, also, 132 App. Div. 905, 116 N. Y. Supp. 1144.

PEOPLE ex rel. AMOSKEAG SAVINGS BANK, Appellant, v. PURDY et al., Com'rs., Respondents. (Supreme Court, Appellate Division, First Department. November 5, 1909.) Proceeding by the People of the State of New York, on the relation of the Amoskeag Savings Bank, against Lawson Purdy and others, Commissioners. J. O. Heald, for appellant. W. H. King, for respondents. No opinion. Order affirmed, with $10 costs and disbursements, on People ex rel. Bridgeport Bank v. Feitner, 191 N. Y. 88, 83 N. E. 592. Order filed.

PEOPLE ex rel. BOUDIN v. MARTIN. (Supreme Court, Appellate Division, Second Department. November 24, 1909.) Proceeding by the People of the State of New York, on the relation of Louis B. Boudin, against Josiah T. Martin. No opinion. Motion granted, to the extent of resettling order, so far as to require return of the fine; in other respects, denied. Order to be resettled before Mr. Justice JENKS.